## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:   Nickless v. Letourneau

Chapter 7                    **FILED**
IN CLERKS OFFICE
Adversary Proceeding 03–04054
Judge  Joel B. Rosenthal
2003 DEC  8  P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

### CLERK'S CERTIFICATION FOR TRANSMITTAL
### OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Nickless v. Letourneau, AP #03–4054. Transcript is Forthcoming** .

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 8th DAY OF DECEMBER .

Date:12/8/03



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Joanne M. Ryan

Deputy Clerk
(508) 770– 8921

Receipt of the documents in the above–entitled case as described in the Designation of Record is hereby acknowledged this _8th_ day of _December_____, _2003_.

This case has been assigned No. _03-40274_____.

_____
DEPUTY CLERK

**APPEAL**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Adversary Proceeding #: 03-04054

*Assigned to:* Bankruptcy Judge Joel B. Rosenthal
*Related BK Case:* 02-46540
*Related BK Title:* Andrew Joseph Letourneau and Pauline
Mary Letourneau
*Demand:* $80000
*Nature of Suit:* 454

*Date Filed:* 03/14/03

**DEBTOR (AP Case Only)**
-----------------------

**Andrew J. Letourneau**

**Pauline M. Letourneau**

Certified to be a true and
correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: _____
Deputy Clerk
Date: 12/8/03

**Plaintiff**
-----------------------

**David M. Nickless,** *David M. Nickless,*
*Trustee*
Nickless and Philips, PC
495 Main Street
Fitchburg, MA 01420
(978) 342-4590

represented by    **David M. Nickless**
Nickless & Phillips
495 Main Street
Fitchburg, MA 01420
(978) 342-4590
Email: dnickless.nandp@verizon.net
*LEAD ATTORNEY*

**Nora K. McLaughlin**
Nickless and Philips, P.C.
495 Main Street
Fitchburg, MA 01420
(978) 342-4590
Email: nmclaughlin.nandp@verizon.net

V.

**Defendant**
-----------------------

**Robert A.W. Letourneau**

represented by

**Joseph P. Bernardo**
655 Boston Road
Unite 3B
Billerica, MA 01821
(978) 667-1565

Fax : (978) 667-3686

| Filing Date | # | Docket Text |
|---|---|---|
| 03/14/2003 | 1 | Complaint (03-4054) David M. Nickless vs. Robert A.W. Letourneau . NOS 454 Recover Money/Property . (mjl) (Entered: 03/17/2003) |
| 03/14/2003 | 2 | Trustee's Application to Defer Filing Fees and Order. (03-4054) Regarding [1-1] Complaint NOS 454 Recover Money/Property. (jr) (Entered: 03/18/2003) |
| 03/18/2003 | | Summons issued on Robert A.W. Letourneau. Answer due 4:30 pm on 4/17/03 for Robert A.W. Letourneau. (jr) (Entered: 03/18/2003) |
| 03/18/2003 | 3 | ENDORSEMENT ORDER: Granting [2-1] Motion To Defer Filing Fee . ALLOWED. (jk) (Entered: 03/19/2003) |
| 03/27/2003 | 4 | Summons Served 3/20/03 on Robert A.W. Letourneau. (ss) (Entered: 04/04/2003) |
| 05/22/2003 | 5 | Request for Entry of Default Filed by Plaintiff David M. Nickless with Affidavit of Nora K. McLaughlin Attorney for Trustee, in Support of Request for Entry of Default. c/s (jr , ) (Entered: 05/23/2003) |
| 05/27/2003 | 6 | Clerk's Entry of Default as to Robert A.W. Letourneau. (jr , ) (Entered: 05/27/2003) |
| 08/14/2003 | 7 | Motion for Default Judgment Filed by Plaintiff David M. Nickless (Attachments: # 1 Proposed Order) (McLaughlin, Nora) (Entered: 08/14/2003) |
| 08/27/2003 | 9 | Motion to Vacate 6 Clerk's Entry of Default Filed by Defendant Robert A.W. Letourneau with Affidavits of Joseph P. Bernardo and Robert A.W. Letourneau. c/s (jr , ) (Entered: 08/28/2003) |
| 08/28/2003 | 8 | Hearing Scheduled for 9/23/2003 at 01:30 PM Worcester Courtroom 3 Re: 7 Motion for Default Judgment Filed by Plaintiff David M. Nickless. (jr , ) (Entered: 08/28/2003) |
| 09/03/2003 | | Hearing Scheduled Re: 9 Motion to Vacate 6 Clerk's Entry of Default Filed by Defendant Robert A.W. Letourneau with Affidavits of Joseph P. Bernardo and Robert A.W. Letourneau. (jr , ) (Entered: 09/03/2003) |

| 09/03/2003 | 🔵10 | Hearing Scheduled Re: 9 Motion to Vacate 6 Clerk's Entry of Default Filed by Defendant Robert A.W. Letourneau with Affidavits of Joseph P. Bernardo and Robert A.W. Letourneau. (jr , ) (Entered: 09/03/2003) |
| --- | --- | --- |
| 09/09/2003 | 🔵11 | Certificate of Service (Re: 7 Motion for Default Judgment). Filed by Plaintiff David M. Nickless (McLaughlin, Nora) (Entered: 09/09/2003) |
| 09/10/2003 | 🔵12 | Opposition by Plaintiff David M. Nickless Re: 9 Motion to Vacate filed by Defendant Robert A.W. Letourneau (McLaughlin, Nora) (Entered: 09/10/2003) |
| 09/24/2003 | 🔵 | Hearing Held Re: 7 Plaintiff's Motion for Judgment of Default and 9 Defendant's Motion to Vacate Entry of Default. (jr , ) (Entered: 09/24/2003) |
| 09/24/2003 | 🔵13 | Order Regarding 7 Motion for Default Judgment Filed by Plaintiff David M. Nickless and 9 Motion to Vacate 6 Clerk's Entry of Default Filed by Defendant Robert A.W. Letourneau with Affidavits of Joseph P. Bernardo and Robert A.W. Letourneau. TAKEN UNDER ADVISEMENT. ATTORNEY BERNARDO HAS 15 DAYS TO FILE MEMORANDUM. ATTORNEY NICKLESS HAS 15 DAYS THEREAFTER TO RESPOND. (jr , ) (Entered: 09/24/2003) |
| 10/09/2003 | 🔵14 | Memorandum In Support of 9 Motion to Vacate 6 Clerk's Entry of Default Filed by Defendant Robert A.W. Letourneau Filed by Defendant Robert A.W. Letourneau. c/s (jr , ) (Entered: 10/09/2003) |
| 10/24/2003 | 🔵15 | Brief *In Response to Defendant's Motion to Vacate Default Judgment* (Re: 13 Order on Motion for Default Judgment,, Order on Motion to Vacate, ). Filed by Plaintiff David M. Nickless (McLaughlin, Nora) (Entered: 10/24/2003) |
| 10/30/2003 | 🔵16 | Order on Plaintiff's Motion for Judgment (#7) and Defendant's Motion to Vacate Entry of Default (#9). IN ACCORDANCE WITH THE MEMORANDUM OF DECISION ISSUED ON OCTOBER 30, 2003, DEFENDANT'S MOTION TO VACATE ENTRY OF DEFAULT 9 IS HEREBY DENIED AND JUDGMENT BY DEFAULT WILL ENTER. (jr, usbc) (Entered: 10/30/2003) |
| 10/30/2003 | 🔵17 | Judgment by Default for Plaintiff against Defendant. See Judgment for Full Text. (jr, usbc) (Entered: 10/30/2003) |
| 10/30/2003 | 🔵18 | Memorandum of Decision Re: 7 Motion for Default Judgment Filed by Plaintiff David M. Nickless and 9 Motion to Vacate 6 Clerk's Entry of Default Filed by Defendant Robert A.W. Letourneau with |

| | | |
|---|---|---|
| | | Affidavits of Joseph P. Bernardo and Robert A.W. Letourneau. FOR THE FOREGOING REASONS, THE DEFENDANT'S MOTION TO VACATE DEFAULT IS DENIED, AND PLAINTIFF'S MOTION FOR JUDGMENT IS ALLOWED. SEPERATE ORDERS SHALL ISSUE. (jr, usbc) (Entered: 10/30/2003) |
| 11/05/2003 | 19 | Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. Appellant Designation due by 11/17/2003. Complied Records Due by 12/1/2003. Transmission of Designation Due by 12/5/2003. Receipt Number 515667, Fee Amount $105.00. (jr, usbc) (Entered: 11/05/2003) |
| 11/05/2003 | 20 | Election of Appeal to District Court Filed by Defendant Robert A.W. Letourneau Re: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. (jr, usbc) (Entered: 11/05/2003) |
| 11/05/2003 | 21 | Certificate of Service Re: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default and 20 Election of Appeal to District Court Filed by Defendant Robert A.W. Letourneau Filed by Joseph Bernardo. (jr, usbc) (Entered: 11/05/2003) |
| 11/05/2003 | 22 | Notice of Appeal to District Court Re: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. (jr, usbc) (Entered: 11/05/2003) |
| 11/05/2003 | 23 | Clerk's Notice of Fees Due Re: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. Fee due by 11/17/2003. (jr, usbc) (Entered: 11/05/2003) |
| 11/13/2003 | | Receipt Number 515909, Fee Amount $145.00 (RE:Balance of Fee Due for Notice of Appeal) (ach, usbc) (Entered: 11/21/2003) |
| 11/13/2003 | 24 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Defendant Robert A.W. Letourneau RE: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. (ach, usbc) (Entered: 11/21/2003) |
| 11/13/2003 | 25 | Statement of Issues Filed by Defendant Robert A.W. Letourneau RE: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. (ach, usbc) (Entered: 11/21/2003) |
| 11/21/2003 | 26 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Plaintiff David M. Nickless (RE: 19 Notice of Appeal, ). (McLaughlin, Nora) (Entered: 11/21/2003) |
| | | |

| 12/08/2003 | ⊙27 | Transmittal of Record on Appeal to U.S. District Court Re: 19 Notice of Appeal Filed by Defendant Robert A.W. Letourneau Re: 17 Judgment by Default. (jr, usbc) (Entered: 12/08/2003) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

FILED
CLERK'S OFFICE

2003 NOV -5 P 12: 37

U.S. BANKRUPTCY COURT
WORCESTER, MA

| | |
|---|---|
| In re:<br>**Andrew J. Letourneau**<br><br>**Pauline M. Letourneau**<br>          **Debtors.** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Chapter 7**<br>**Case No. 02-46540-JBR** |
| **David M. Nickless, Trustee,**<br>          **Plaintiff**<br>**v.**<br>**Robert A. W. Letourneau**<br>          **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Adversary Proceeding**<br>**No. 03-4054** |

## STATEMENT OF ELECTION UNDER 28 U.S.C. § 158 (c) (1) (A)

Pursuant to 28 U.S.C. § 158 (c) (1) (a), appellant Robert A.W. Letourneau hereby elects

to have his appeal from the United States Bankruptcy Court's final order entered on October 30,

2003, heard in the United States District Court for the District of Massachusetts.  A copy of the

order appealed from is attached hereto as Exhibit A.

                                   ROBERT A. W. LETOURNEAU
                                   By his Attorney

Dated: November 4, 2003

                                   _Joseph P. Bernardo_
                                   Joseph P. Bernardo
                                   BBO # 040800
                                   655 Boston Road-Unit 3B
                                   Billerica, Massachusetts 01821
                                   (978) 667-1565

11/5/03
JC

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re<br>Andrew J. Letourneau<br>Pauline M. Letourneau,<br>        Debtor(s) | Chapter 7<br>No. 2-46540-JBR |
| David M. Nickless, Trustee,<br>        Plaintiff<br><br>v.<br><br>Robert A. W. Letourneau,<br>        Defendant | Adv. Pro.<br>No.  03-4054 |

## JUDGMENT BY DEFAULT

Upon motion of David M. Nickless, the Trustee and Plaintiff, judgment by default is entered in favor of the Plaintiff and against the Defendant, Robert A. W. Letourneau., as follows:

IT IS ORDERED THAT:

1. Judgment on the Complaint is granted to the Plaintiff.

2. Title to the real estate located at 63 Madison Road, Tewksbury, Massachusetts, presently held in the name of Robert A.W. Letourneau by Quitclaim Deed, dated February 27, 2002 and recorded with the Middlesex North District Registry of Deeds at Book 12823, Page 188 be, and hereby is, vested in Andrew J. Letourneau and Pauline M. Letourneau.

Dated: 10/30/03

Joel B. Rosenthal
Bankruptcy Judge

10/30 03

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

2003 NOV -5 P 12: 37

U.S. BANKRUPTCY COURT
WORCESTER, MA

In re )  Chapter 7
Andrew J. Letourneau )  No. 02-46540-JBR
Pauline M. Letourneau )
Debtors. )

_____

David M. Nickless, Trustee, )
Plaintiff )  Adversary Proceeding
)  No. 03-4054
v. )
Robert A. W. Letourneau )
Defendant )

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2003, I served (1) Notice Of Appeal; and (2)

Statement Of Election Under 28 U.S.C. § 158 (c) (1) (a) by mailing true copies of the same, first-

class mail, postage prepaid, to the following interested parties:

David M. Nickless, Esquire        Nora K. McLaughlin, Esquire
Nickless and Phillips             Nickless and Phillips
495 Main Street                   495 Main Street
Fitchburg, MA 01420               Fitchburg, MA 01420
(Chapter 7 Trustee)               (Counsel to Chapter 7 Trustee)

                                  Joseph P. Bernardo
                                  Joseph P. Bernardo
                                  BBO # 040800
                                  655 Boston Road-Unit 3B
                                  Billerica, MA 01821
                                  Tel. (978) 667-1565

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

2003 NOV -5 P 12: 37

U.S. BANKRUPTCY COURT
WORCESTER, MA

| | |
|---|---|
| In re:<br>Andrew J. Letourneau | ) |
| | ) Chapter 7 |
| | ) Case No. 02-46540-JBR |
| Pauline M. Letourneau<br>     Debtors. | ) |
| | ) |
| | ) |
| David M. Nickless, Trustee,<br>     Plaintiff | ) |
| | ) Adversary Proceeding |
| v. | ) No. 03-4054 |
| Robert A. W. Letourneau and<br>     Defendant | ) |
| | ) |

## NOTICE OF APPEAL

    Robert A. W. Letourneau, the defendant, appeals under 28 U.S.C. § 158 (a) (1) from the

final order of the bankruptcy judge (Rosenthal, J.) entered in this adversary proceeding on the [30th]

day of October, 2003.

    The names of all parties to the final order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

Plaintiff:              David M. Nickless, Trustee

Defendants:          Andrew J. Letourneau and Pauline M. Letourneau

Plaintiff's Attorney:      Nora K. McLaughlin, Esquire
                      Nickless and Phillips
                      495 Main Street
                      Fitchburg, MA 01420
                      (978) 342-4590

Defendants' Attorney:      Joseph P. Bernardo, Esquire
                           655 Boston Road - Unit 3B
                           Billerica, MA 01821
                           (978) 667-1565

Dated:   November 4, 2003

          Signed:   _____Joseph P. Bernardo_____
                           Attorney for Appellant

          Attorney Name:   Joseph P. Bernardo
                           BBO # 040800

          Address:         655 Boston Road - Unit 3B
                           Billerica, Massachusetts 01821

          Telephone No.    (978) 667-1565

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

2003 NOV 13 P 12: 33

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
| Andrew J. Letourneau | ) | No. 02-46540-JBR |
| Pauline M. Letourneau | ) |  |
| Debtors. | ) |  |
|  | ) |  |

|  |  |  |
|---|---|---|
| David M. Nickless, Trustee, | ) |  |
| Plaintiff | ) | Adversary Proceeding |
|  | ) | No. 03-4054 |
| v. | ) |  |
| Robert A.W. Letourneau | ) |  |
| Defendant. | ) |  |
|  | ) |  |

### APPELLANTS' DESIGNATION OF RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8006, the appellant, Robert A.W. Letourneau

("Letourneau") hereby designates the following items to be included in the record on appeal:

1.    Affidavit Of Robert A.W. Letourneau (a copy of which is attached hereto as Exhibit A);

2.    Affidavit Of  Joseph P. Bernardo (a copy of which is attached hereto as Exhibit B);

3.    Motion For Judgment By Default (a copy of which is attached hereto as Exhibit C;

4.    Defendant's Motion To Vacate Entry Of Default  (a copy of which is attached hereto as Exhibit D);

5.    Memorandum In Support Of Defendant's Motion To Vacate Entry Of Default (a copy of which is attached hereto as Exhibit E);

6.    Trustee's Opposition To Defendants' Motion To Vacate Entry Of Default (a copy of which is attached hereto as Exhibit F);

7.    Trustee's Memorandum Of Law In Response To Defendant's Motion To Vacate Entry Of Default (a copy of which is attached hereto as Exhibit G);

1



8.    Order On Plaintiff's Motion For Judgment [#7] And Defendant's Motion To Vacate Entry Of Default (a copy of which is attached hereto as Exhibit H);

9.    Judgment By Default (a copy of which is attached hereto as Exhibit I); and

10.    Memorandum Of Decision (a copy of which is attached hereto as Exhibit J).


                         **ROBERT A.W. LETOURNEAU**
                              By his attorney

Dated: November 12, 2003

                         ___Joseph P. Bernardo_____
                              Joseph P. Bernardo
                              655 Boston Road-Unit 3B
                              Billerica, Massachusetts 01821
                              Tel. (978) 667-1565
                              Fax: (978) 667-3686

2

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Nickless v. Letourneau

Chapter 7
Adversary Proceeding 03−04054
Judge Joel B. Rosenthal

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **NOVEMBER 5, 2003** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

> 1. Notice of Appeal, or
> 2. Entry of an Order granting leave to appeal, or
> 3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty−five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date: 11/5/03

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Joanne M. Ryan
Deputy Clerk
(508) 770− 8921