UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Andrew J. Letourneau,

BANKRUPTCY APPEAL

CIVIL ACTION NO.-03-40274

O R D E R

GORTON, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __12/8/03__,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __1/2/04__ and the Appellee's brief shall be filed on or before __1/17/04__. The Appellant may file and serve a reply brief on or before __1/27/04__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

__12/17/03__
Date

/s/ Martin Castles
Deputy Clerk

(Bkappeal.ord - 09/92)                                                                                                                  [bro.]