UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 JAN 14 P 12: 05
DISTRICT COURT
DISTRICT OF MASS.

IN RE: ROBERT A.W. LETOURNEAU

BANKRUPTCY APPEAL

CIVIL ACTION NO. 03-40274

**APPELLANT'S ASSENTED TO MOTION TO FURTHER
EXTEND TIME FOR FILING BRIEFS**

Pursuant to Local Rule 203 (B) (Bankruptcy Appeals), appellant, with the assent of the appellee, request this Court to modify the briefing schedule set forth in its Order dated December 17, 2003 (Gorton,D.J.) as follows: (1) Appellant's brief shall be filed on or before January 30, 2004; (2) Appellee's brief shall be filed on or before February 17, 2004; and (3) Appellant's reply brief shall be filed on or before February 27, 2004. In support of this Motion, appellant states as follows:

1. On January 7, 2004, Appellant's counsel received the transcript of the proceedings in United States Bankruptcy Court.

2. Appellant's counsel needs the above-requested extension of time to study the transcript and to prepare Appellant's brief. The deadlines for filing Appellee's brief and Appellant's reply brief should therefore be extended accordingly.

3. It is in the interest of justice that this Court should allow these extensions of time to file appellate briefs.

4. Appellee's counsel has assented to this Motion.

Dated: January 13, 2004

Respectfully submitted,

_____
Joseph P. Bernardo
Counsel for Appellant
BBO # 040800
655 Boston Road-Unit 3B
Billerica, MA 01821
Tel. (978) 667-1565
Fax: (978) 667-3686

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on January 13, 2004.

_____
Joseph P. Bernardo