UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 26  P 12: 34

IN RE:  ROBERT A.W. LETOURNEAU

BANKRUPTCY APPEAL

CIVIL ACTION NO. 03- 40274

### APPELLANT'S NOTICE OF WITHDRAWAL OF APPEAL

Appellant Robert A.W. Letourneau hereby withdraws his Notice of Appeal filed in the above-entitled action on December 8, 2003. This withdrawal is with prejudice.

Dated: January 23, 2004

Respectfully submitted,

_____
Joseph P. Bernardo
Counsel for Appellant
BBO # 040800
655 Boston Road-Unit 3B
Billerica, MA 01821
Tel. (978) 667-1565
Fax: (978) 667-3686

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on January 23, 2004.

_____
Joseph P. Bernardo